IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RENE DURIEX RODRIGUEZ

Plaintiff

vs.   CIVIL 97-2250CCC

HON. PEDRO TOLEDO; POL. ELVIN
AVILES-AROCHO; JOHN DOE; PETER POE;
MICHAEL MOE; RICHARD ROE;
SUPERVISORY OFFICERS A, B, C, and D;
DISCIPLINARY OFFICERS X, Y, and Z; all
sued in their personal capacity

Defendants

## ORDER

Having considered plaintiff's Motion Requesting Relief from Order Dated December 10, 1998 Dismissing Complaint Against Unknown Defendants, Prayer for Leave to Amend the Complaint to Include Said Defendants Pursuant to Fed.Civ.Proc. Rules 1 & 60(b) (1,2,&6) and Memorandum of Law in Support (**docket entry 43**) and defendant's opposition (**docket entry 45**), the same is DENIED.

SO ORDERED

At San Juan, Puerto Rico, on October, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)