IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
NOV 1 8 1999
——————— PURSUANT

TO FRCP RULES 58 & 79a

RENE DURIEUX-RODRIGUEZ

Plaintiff

vs                                          CIVIL 97-2250CCC

HON. PEDRO TOLEDO; POL. ELVIN
AVILES-AROCHO; POLS. JOHN DOE,
PETER POE; MICHAEL MOE; RICHARD
ROE; SUPERVISORY OFFICERS A, B, C,
and D; DISCIPLINARY OFFICERS X, Y and
Z; all sued in their personal capacity

Defendants

## JUDGMENT

Having considered the Voluntary Dismissal Under FRCiv.P. Rule 41(a)(1) (**docket entry 55**), the same is GRANTED and this action is hereby DISMISSED, without prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 12, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c. Of Martinez
F. Inserni
NOV 1 8 1999